**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:17-cr-00186** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | |
| **MYRON E. COLVIN,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court on Defendant Myron E. Colvin's Motion to Dismiss the Petition for Warrant Relating to Alleged Violations of his Supervised Release. Doc. 15. Neither the Government nor the United States Probation Office has any opposition to the relief requested. Accordingly, the Court **GRANTS** Defendant's Motion [#15]. The Petition for Warrant relating to alleged violations of Defendant's supervised release is hereby **DISMISSED**.

IT IS SO ORDERED.

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: September 8, 2020**

1